ROSARIO DI MICELI, APPELLANT, v. STATE PAROLE
BOARD, RESPONDENT.

Submitted May 24, 1954—Decided May 31, 1954.

*Mr. Rosario Di Miceli, in propria persona.*

*Mr. Eugene T. Urbaniak,* Deputy Attorney-General, for the respondent (*Mr. Grover C. Richman, Jr.,* Attorney-General, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING and BRENNAN—6.

*For reversal*—None.